**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 15-2426**

—————————

MATTHEW CABBIL,

             Plaintiff - Appellant,

     v.

THE UNITED STATES OF AMERICA,

             Defendant - Appellee.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  J. Michelle Childs, District Judge.
(1:14-cv-04122-JMC)

—————————

Submitted:  March 17, 2016          Decided:  March 21, 2016

—————————

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Matthew Cabbil, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Cabbil seeks to appeal the district court's order dismissing his civil complaint without prejudice. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended that relief be denied and advised Cabbil that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Cabbil has waived appellate review by failing to file specific objections after receiving proper notice. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2